**Continued hearing shall be held on 10/5/2015 at 10:00 AM in SA Courtroom 3. Movant is responsible for notice.**



# IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

**Dated: September 03, 2015**

_____
**CRAIG A. GARGOTTA**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| | § | CASE NO. 15-50356-CAG |
| MIS TRES PROPERTIES, LLC | § § | |
| DEBTOR | § | CHAPTER 11 |

### ORDER GRANTING DEBTOR'S MOTION FOR CONTINUANCE OF HEARING ON OBJECTION TO THE CLAIM OF RREF CB SBL ACQUISITIONS, LLC

This matter having come on before the Court pursuant to the filing of the Motion For Continuance of Hearing on Objection to the Claim of RREF CB SBL Acquisitions, LLC (hereinafter "Objection") and it appearing to the Court, based on the pleadings on file, the evidence presented and/or the argument of counsel, that the relief sought pursuant to the Motion should be granted; it is therefore

ORDERED, ADJUDGED and DECREED that the Motion be and the same is hereby granted and that the hearing on the Objection to the Claim of RREF CB SBL Acquisitions, LLC is re-scheduled to the date and time listed above.

### # # #

Submitted by:

William R. Davis, Jr.
Langley & Banack, Inc.
745 E. Mulberry, Suite 900
San Antonio, TX 78212
(210) 736-6600