IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | CASE NO. 15-50356-CAG |
| MIS TRES PROPERTIES, LLC | § | |
| | § | |
| DEBTOR | § | CHAPTER 11 |

## NOTICE OF HEARING

The hearing on the Objection to the Claim of RREF CB SBL Acquisitions, LLC has been continued to October 5, 2015 at 10:00 a.m. in the U.S. Bankruptcy Court, Old U.S. Post Office Bldg., 615 E. Houston St., Courtroom No. 3, 5th Floor, San Antonio, Texas.

Dated: September 3, 2015.

                                                 /s/ *William R. Davis, Jr.*
                                                 WILLIAM R. DAVIS, JR.
                                                 State Bar No. 05565500
                                                 LANGLEY & BANACK, INC.
                                                 745 E. Mulberry, Suite 900
                                                 San Antonio, TX 78212
                                                 (210) 736-6600

                                                 Attorneys for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2015, a true and correct copy of the above and foregoing instrument was mailed, first class, postage prepaid to the attached notice list.

                                                 /s/ *William R. Davis, Jr.*
                                                 WILLIAM R. DAVIS, JR.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-5<br>Case 15-50356-cag<br>Western District of Texas<br>San Antonio<br>Thu Sep  3 14:58:00 CDT 2015 | Mis Tres Properties, LLC<br>291 Windmill Ranch Rd.<br>Spring Branch, TX 78070-6133 | U.S. BANKRUPTCY COURT<br>615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205-2055 |
| American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | Brooks County<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | Brooks County Appraisal District<br>P.O. Drawer A<br>Falfurrias, TX 78355-5500 |
| Comal County Tax Office<br>Tax Assessor-Collector<br>P.O. Box 311445<br>New Braunfels, TX 78131-1445 | Hidalgo County<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | Hidalgo County Tax Office<br>Hidalgo County Tax Assessor<br>P.O. Box 178<br>Edinburg, TX 78540-0178 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Miguel Chacon Farias and<br>Sandra Luz Vargas Valencia<br>3209 Violet Ave.<br>McAllen, TX  78504-3666 | RREF CB SBL ACQUISITIONS, LLC<br>c/o Thomas Scannell<br>Gardere Wynne Sewell LLP<br>1601 Elm St., Ste. 3000<br>Dallas, TX 75201-4761 |
| RREF CB SBL Acquisitions, LLC<br>c/o Rachel Kingrey<br>Gardere<br>1601 Elm Street, Suite 3000<br>Dallas, TX 75201-4761 | Richard Sandoval<br>24243 Saffron Plum<br>San Antonio, TX 78261-2699 | UNITED STATES ATTORNEY GENERAL<br>MAIN JUSTICE BUILDING, RM 5111<br>10TH & CONSTITUTION AVE.,N.W.<br>WASHINGTON, D.C 20530-0001 |
| United States Attorney<br>Taxpayer Division<br>601 N.W. Loop 410 Suite 600<br>San Antonio, TX 78216-5512 | United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>PO Box 1539<br>San Antonio, TX 78295-1539 | Allen M. DeBard<br>Langley & Banack, Inc<br>745 E Mulberry, Suite 900<br>San Antonio, TX 78212-3141 |
| R. Glen Ayers Jr<br>Langley and Banack, Inc<br>745 E Mulberry, 9th Floor<br>San Antonio, TX 78212-3141 | William R. Davis Jr<br>Langley & Banack, Inc<br>745 E Mulberry Ave, Suite 900<br>San Antonio, TX 78212-3141 | End of Label Matrix<br>Mailable recipients    19<br>Bypassed recipients     0<br>Total                  19 |