

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 04, 2015.**

_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 15-50356-CAG |
| MIS TRES PROPERTIES, LLC, | § § § | |
| Debtor. | § § | CHAPTER 11 |

**ORDER GRANTING RREF CB SBL ACQUISITIONS, LLC'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND WAIVER OF THE
THIRTY-DAY HEARING REQUIREMENT (ECF NO. 15)**

Came on to be considered RREF CB SBL Acquisitions, LLC's Motion for Relief from the Automatic Stay and Waiver of the Thirty-Day Hearing Requirement (ECF No. 15), and Debtor's Response thereto (ECF No. 20). For the reasons stated on the record in the Court's oral ruling made September 3, 2015, it is

ORDERED, ADJUDGED AND DECREED that the RREF CB SBL Acquisitions, LLC's

Motion for Relief from the Automatic Stay and Waiver of the Thirty-Day Hearing Requirement (ECF No. 15) is GRANTED. It is further,

ORDERED, ADJUDGED AND DECREED that the automatic stay does not prohibit Movant from pursuing any and all collection remedies against the Hidalgo County Real Property to the extent available under applicable non-bankruptcy law to the exclusion of the Debtor and other creditors. It is further,

ORDERED, ADJUDGED AND DECREED that the automatic stay is terminated as to Movant, its successors or assigns, to pursue any and all collection remedies, including without limitation, non-judicial foreclosure of the Hidalgo County Real Property, Comal County Real Property, or Brooks County Real Property, and to pursue any additional remedies available under applicable non-bankruptcy law to the exclusion of the Debtor and other parties-in-interest. It is further,

ORDERED, ADJUDGED AND DECREED that the fourteen (14)-day stay period otherwise imposed by Fed. R. Bankr. P. 4001(3) shall not be applicable to this Order. Accordingly, Movant may immediately enforce and implement its collection rights as to the Hidalgo County Real Property, Comal County Real Property, or Brooks County Real Property, and that the provision of Rule 4001(a)(3) of the Federal Rule of Bankruptcy Procedure shall not impeded the enforcement of such rights.

###