IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | CASE NO. 15-50356-CAG |
| MIS TRES PROPERTIES, LLC | § | |
| | § | |
| DEBTOR | § | CHAPTER 11 |

## MOTION OF MIS TRES PROPERTIES, LLC TO WITHDRAW OBJECTION TO THE CLAIM OF RREF CB SBL ACQUISITIONS, LLC

TO THE HONORABLE CRAIG A. GARGOTTA, JUDGE,
UNITED STATES BANKRUPTCY COURT:

Now comes, Mis Tres Properties, LLC, and files this its Motion to Withdraw Objection to the Claim of RREF CB SBL Acquisitions, LLC (hereinafter "Motion"), and in support thereof, would show the Court as follows:

1. On February 3, 2015, Mis Tres Properties, LLC (hereinafter called "Debtor") filed its voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division.

2. On July 10, 2015, the Debtor filed its Objection to the Claim of RREF CB SBL Acquisitions, LLC.

3. A hearing on the Objection is scheduled for October 5, 2015 at 10:00 a.m.

4. On September 4, 2015, the Court entered an Order Granting RREF CB SBL Acquisitions, LLC's Motion For Relief From the Automatic Stay and Waiver of the Thirty-Day Hearing Requirement (ECF No. 15).

5. As a result of the Order referred to in Paragraph 4 above, the Debtor is pursuing issues reltaed to its claims in the State Court lawsuit which has been pending.

6. Additionally, RREF CB SBL Acquisitions, LLC has posted the real property for a non-judicial foreclosure sale on October 6, 2015.

7. The Debtor is also in the process of filing a Motion to Dismiss this bankruptcy case.

8. The Debtor is requesting that the Objection to the Claim of RREF CB SBL Acquisitions, LLC be withdrawn at this time without prejudice. The Debtor no longer desires to pursue its Objection to the Claim of RREF CB SBL Acquisitions, LLC.

9. A copy of the Order uploaded with this Motion is attached hereto.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests that the Court allow the withdrawal of the Objection to the Claim of RREF CB SBL Acquisitions, LLC. without prejudice, and for such other and further relief to which it may show itself entitled.

Dated: September 29, 2015.

/s/ William R. Davis, Jr.
WILLIAM R. DAVIS, JR.
State Bar No. 05565500
LANGLEY & BANACK, INC.
745 E. Mulberry, Suite 900
San Antonio, TX 78212
(210) 736-6600

Attorneys for Debtor

CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2015, a true and correct copy of the above and foregoing instrument was mailed, first class, postage prepaid to the attached notice list.

/s/ William R. Davis, Jr.
WILLIAM R. DAVIS, JR.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-5<br>Case 15-50356-cag<br>Western District of Texas<br>San Antonio<br>Tue Sep 29 09:56:20 CDT 2015 | Mis Tres Properties, LLC<br>291 Windmill Ranch Rd.<br>Spring Branch, TX 78070-6133 | U.S. BANKRUPTCY COURT<br>615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205-2055 |
| American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Brooks County<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | Brooks County Appraisal District<br>P.O. Drawer A<br>Falfurrias, TX 78355-5500 |
| Comal County<br>c/o Lee Gordon<br>P.O. Box 1269<br>Round Rock, Texas 78680-1269 | Comal County Tax Office<br>Tax Assessor-Collector<br>P.O. Box 311445<br>New Braunfels, TX 78131-1445 | Hidalgo County<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 |
| Hidalgo County Tax Office<br>Hidalgo County Tax Assessor<br>P.O. Box 178<br>Edinburg, TX 78540-0178 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Miguel Chacon Farias and<br>Sandra Luz Vargas Valencia<br>3209 Violet Ave.<br>McAllen, TX 78504-3666 |
| RREF CB SBL ACQUISITIONS, LLC<br>c/o Thomas Scannell<br>Gardere Wynne Sewell LLP<br>1601 Elm St., Ste. 3000<br>Dallas, TX 75201-4761 | RREF CB SBL Acquisitions, LLC<br>c/o Rachel Kingrey<br>Gardere<br>1601 Elm Street, Suite 3000<br>Dallas, TX 75201-4761 | Richard Sandoval<br>24243 Saffron Plum<br>San Antonio, TX 78261-2699 |
| UNITED STATES ATTORNEY GENERAL<br>MAIN JUSTICE BUILDING, RM 5111<br>10TH & CONSTITUTION AVE.,N.W.<br>WASHINGTON, D.C 20530-0001 | United States Attorney<br>Taxpayer Division<br>601 N.W. Loop 410 Suite 600<br>San Antonio, TX 78216-5512 | United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>PO Box 1539<br>San Antonio, TX 78295-1539 |
| Allen M. DeBard<br>Langley & Banack, Inc<br>745 E Mulberry, Suite 900<br>San Antonio, TX 78212-3141 | R. Glen Ayers Jr<br>Langley and Banack, Inc<br>745 E Mulberry, 9th Floor<br>San Antonio, TX 78212-3141 | William R. Davis Jr<br>Langley & Banack, Inc<br>745 E Mulberry Ave, Suite 900<br>San Antonio, TX 78212-3141 |

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20